

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00790-CV

**IN THE INTEREST OF I.R.**, et al., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01212
Honorable Thomas F. Lee, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the motion to withdraw filed by Appellant's attorney is GRANTED, and the trial court's order is AFFIRMED. It is ORDERED no costs shall be assessed against Appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED February 25, 2015.

_____
Jason Pulliam, Justice